UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Magistrate's Docket No. 21-16031 |
| | : | |
| | : | Misdemeanor Class A |
| v. | : | |
| | : | |
| DESIREE CHISOLM | : | |

Offense on a Federal Reservation

Before The Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on Federal Property under the provisions of 18 U.S.C. § 3401, personally appeared this day Cassye Cole, Assistant United States Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 26th day of August 2020, in the Judicial District of New Jersey, Desiree Chisolm did knowingly possess and cause to be present a dangerous weapon, namely a taser, in a Federal facility and attempted to do so, in violation of 18 U.S.C. § 930(a).

Further this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

Cassye Cole

CASSYE COLE
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

Anthony R. Mautone

DATE 1/28/21

HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

1/28/21 NK 3/25/21